UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| NIXON LOUIS, | ) |
| Plaintiff | ) ) ) |
| v. | ) No. 1:17-cv-00419-GZS ) |
| GARY WALTZ, et al, | ) ) |
| Defendants | ) ) ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on November 30, 2017, his Recommended Decision (ECF No.11). Plaintiff filed his Objection to the Recommended Decision (ECF No. 12) on December 11, 2017.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2) and 28 U.S.C. §1915A(a).

/s/George Z. Singal
U.S. District Judge

Dated this 12th day of December , 2017.